```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOEL SCHMIDT,                                               :
  as father and natural guardian of Benjamin A.             :
  Schmidt, a minor                                          :
                                                            :          20-CV-3003 (VSB)
                                          Plaintiff,        :
                                                            :                 ORDER
                    -against-                               :
                                                            :
UNITED STATES POSTAL SERVICE,                               :
                                                            :
                                          Defendant.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's letter, dated February 17, 2021, which states that Plaintiff completed service of the Summons and First Amended Complaint upon defendant United States Postal Service on January 7, 2021, and that service was perfected on January 11, 2021, with the filing of the affidavit of service to the case docket. (Doc. 11.)

      The parties are directed to appear for a telephone conference on March 4, 2021, at 2:00 p.m. The conference will take place telephonically at 1-888-363-4749, conference code 2682448. Accordingly, it is hereby:

      ORDERED that the parties appear for a telephone conference before the Court on March 4, 2021, at 2:00 p.m.

SO ORDERED.

Dated:   February 23, 2021
          New York, New York

                                            _____
                                            VERNON S. BRODERICK
                                            United States District Judge