

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 24, 2021

VIA ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Application GRANTED. The Initial Pretrial Conference currently scheduled for June 29, 2021 is adjourned until July 7, 2021 at 11:00 a.m. SO ORDERED.
Dated: May 24, 2021

Re: *Schmidt v. United States of America*, No. 20 Civ. 3003 (SDA)

Dear Judge Aaron:

    This Office represents the government in this action brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346. The initial conference in this matter is currently scheduled for June 29, 2021 at 11:00 a.m. ECF No. 22. Having conferred with the plaintiff's counsel, I write to respectfully request a short adjournment of the initial conference to July 1, 6, 7, or 9 (or another date that is convenient for the Court). I respectfully request this adjournment because I have a prior-scheduled initial conference scheduled on the same date at an overlapping time. This is the government's first request for an adjournment of the initial conference in this matter. Plaintiff's counsel consents to this request.

    I thank the Court for its consideration of this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:  *s/ Joshua E. Kahane*
    JOSHUA E. KAHANE
    Assistant United States Attorney
    Telephone: (212) 637-2699
    Facsimile: (212) 637-2786
    E-mail: joshua.kahane@usdoj.gov

cc: Steve Vaccaro, Esq. (via ECF)