UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/28/2022
```

Joel Schmidt, as father and natural guardian of Benjamin A. Schmidt, a minor,

        Plaintiff,

-against-

United States of America,

        Defendant.

1:20-cv-03003 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Friday, March 4, 2022, at 12:00 p.m. to discuss the status of discovery. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
               February 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge